JANE PATTERSON, EXECUTRIX, ETC., RESPONDENT, *v.* WIL-
LIAM PATTERSON, APPELLANT.

*Set-off — against executors —* § 23, *title* 2, *chapter* 6, *part* 3, *Revised Statutes.*

In an action brought by an executor upon a cause of action arising after the decease of the testator, the defendant cannot set off a demand against the testator, even although such demand existed at the time of the testator's death.

In order to authorize such set-off, the demand must not only be sued by the executor, but it must be upon a cause of action which had accrued at the time of the decease of the testator or intestate.*

APPEAL from a judgment in favor of plaintiff.

*John Townshend,* for the appellant.

*Sterne Chittenden,* for the respondent.

Opinions by DANIELS and LAWRENCE, JJ.

DAVIS, P. J., concurred.

Judgment affirmed.

* Merritt v. Seaman, 6 Barb., 330; Id., 6 N. Y., 168, followed.